UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDUARDO ROSERO,

v.  Case No. 8:03-cr-82-T-17EAJ
 8:04-cv-1728-T-17EAJ

UNITED STATES OF AMERICA.

_____

**O R D E R**

The Court denied Defendant Eduardo Rosero (Rosero's) 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence. (Doc. cv-1; cr-150). Defendant has filed a Notice of Appeal and a motion for leave to appeal in forma pauperis.

Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Defendant has failed to meet this standard. Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

Accordingly, the Court orders:

1. That Defendant's construed application for certificate of appealability (Doc. cv-14) is denied.

2. That Defendant's motion for leave to appeal in forma pauperis (Doc. cv-15) is denied.

ORDERED in Tampa, Florida, on November 30, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

AUSA: James C. Preston, Jr.
Pro se: Eduardo Rosero